UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS BRAVO,

        Plaintiff,

  -against-

U.S. MARSHALS SERVICE, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/2023
```

22-CV-6736 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Luis Bravo filed the Third Amended Complaint (TAC) on November 2, 2022. (Dkt. 17.) Plaintiff has now filed proof of service of process on the individual defendants. Gabriel Moreno was served with the TAC via Certified Mail on January 31, 2023. (Dkt. 25.) Hector Dominguez was served with the TAC via Certified Mail on January 30, 2023. (Dkt. 24.) In accordance with the January 12, 2023 Scheduling Order (Dkt. 21), all defendants shall answer the TAC no later than **March 2, 2023**.

Dated: New York, New York
       February 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**