```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
LUIS BRAVO,                                                 :
                                                            :
                                                            :
                                            Plaintiff,      :
                       -v-                                  :       1:22-cv-6736-GHW
                                                            :
U.S. MARSHAL'S OFFICE, et al.,                              :       ORDER
                                            Defendants.     :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2023

GREGORY H. WOODS, United States District Judge:

      The parties' March 17, 2023 request to adjourn the pre-motion conference, Dkt. No. 31, is granted. The pre-motion conference scheduled for March 23, 2023 is adjourned to March 28, 2023 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: March 19, 2023

                                                        GREGORY H. WOODS
                                                    United States District Judge