*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023
```

March 20, 2023

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

      Re:    *Luis Bravo v. U.S. Marshals Service. et. al*, No. 22 Civ. 6736 (GHW) (BCM)

Dear Judge Woods:

      This Office represents the U.S. Marshals Service and the individual defendants Gabriel Moreno and Hector Dominguez in the above-captioned matter ("Defendants"). We write on behalf of all parties to respectfully request an adjournment of the pre-trial conference currently scheduled for March 28, 2023 at 3:00 pm, to a time on Monday, April 3 before 12:00 pm or a later date convenient for the Court.

      On March 15, 2023, Defendants filed a motion seeking a pre-motion conference for an anticipated motion to dismiss. ECF 30. The Court ordered the pre-motion conference to be held on March 23, 2023 at 1:00 pm, in person at 500 Pearl Street, New York, NY 100007. ECF 31. On March 17, 2013, Plaintiff filed a request to appear remotely and noted that Defendants had sought a new date and time for the conference. ECF 32. This request was because I am scheduled to be in a deposition, which could not be rescheduled due to upcoming discovery deadlines in that case, during the afternoon of March 23, 2023. On March 20, 2023, the Court adjourned the pre-motion conference to March 28, 2023 at 3:00 pm by telephone.

      The Defendants understand that Plaintiff is unavailable on March 28, 2023 at 3:00 pm. The parties have conferred and are available for a telephonic conference on Monday, April 3, 2023 before 12:00 pm. Accordingly, the parties respectfully request that the conference be adjourned to such time, or a later time convenient for the Court.

      I thank the Court for its consideration of this letter.

Respectfully,

DAMIAN WILLIAMS<br>
United States Attorney

By:     /s/ Amanda Lee<br>
AMANDA LEE<br>
Assistant United States Attorney<br>
86 Chambers Street, Third Floor<br>
New York, New York 10007<br>
Tel.: (212) 637-2781<br>
Email: Amanda.Lee2@usdoj.gov

cc: Luis Bravo (by first class mail and email)
   826 Columbus Avenue, Apt 13B
   New York, NY 10025

Application granted.  The pre-motion conference scheduled for March 28, 2023 is adjourned to April 12, 2023 at 3:00 p.m.  The conference will be conducted by telephone.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and to terminate the motion pending at Dkt. No. 34.

SO ORDERED.

Dated: March 21, 2023
New York, New York

GREGORY H. WOODS
United States District Judge