```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
        :
LUIS BRAVO,        :
        :
        Plaintiff,  :  1:22-cv-6736-GHW
        :
  -against-  :  <u>ORDER</u>
        :
U.S. MARSHAL SERVICE, *et al.,*  :
        :
        Defendants.  :
        :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    As discussed during the conference held on April 12, 2023, the deadline for Defendants to file and serve their motion to dismiss is May 10, 2023. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion; Defendants' reply, if any, is due within two weeks after service of Plaintiff's opposition.

    Discovery is stayed pending briefing of and decision upon Defendants' motion to dismiss.

SO ORDERED.

Dated: April 12, 2023
New York, New York

                                GREGORY H. WOODS
                              United States District Judge