**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS BRAVO,

                       Plaintiff,
  -against-                                       22 **CIVIL** 6736 (GHW)

                                                               **JUDGMENT**

U.S. MARSHALS SERVICE, et al.,

                       Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated July 26, 2023, Defendants' motion to dismiss is GRANTED. Plaintiff's Bivens claims against the U.S. Marshals Service are dismissed with prejudice. Plaintiff's unabandoned Bivens claims for the deprivation of medical care in the Dominican Republic and New York are dismissed with prejudice. Plaintiff's remaining abandoned claims raising under Bivens and the FTCA are dismissed without prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          July 26, 2023

                                                      **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                      **BY:**      *K. Mango*
                                                           **Deputy Clerk**